JAMES J. KINKAID, Respondent, *v.* CHAPTER GENERAL, KNIGHTS OF ST. JOHN AND MALTA, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

*Kinkaid* v. *Chapter General, K. of St. J. & M.*, 135 App. Div. 919, affirmed.

(Argued April 6, 1911; decided April 25, 1911.)

APPEAL, by permission, in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon an order made December 28, 1909, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff in an action to recover an installment alleged to be due upon a certificate of endowment insurance.

*H. F. Lawrence* and *Louis M. King* for appellant.

*Howard C. Lake* for respondent.

Judgment in each case affirmed, with costs, on the ground that the case contains no exceptions raising the question argued on this appeal; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.